

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:JOE
F. #2022R00502

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2022

<u>By ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
275 Cadman Plaza East
Brooklyn, NY 11201

     Re: United States v. Andrew Pagan
       <u>Criminal Docket No. 22-500 (NM)</u>

Dear Judge Scanlon:

  The government respectfully submits this letter to request that Your Honor vacate the detention order entered yesterday in this matter. The Andrew Pagan removed from New York State custody and arraigned by Your Honor yesterday is not the Andrew Pagan who is the subject of the government's indictment. ECF No. 1.

  The correct Andrew Pagan has been arrested and will be presented for his arraignment this afternoon.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

       By:  /s/
          John O. Enright
          Assistant U.S. Attorney
          (718) 254-6203

c.c.: Benjamin Yaster, Esq.